| In re | 2010 TSPR 181 |
| --- | --- |
| Rosendo De Jesús Ortiz | 179 DPR ____ |

Número del Caso: TS-14831

Fecha: 13 de agosto de 2010

Abogado de la Parte Peticionaria:

Por derecho propio

Materia: Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


*In re:*


Rosendo De Jesús Ortiz                    TS-14831


Sala de Verano integrada por la Jueza Asociada señora Fiol Matta, como su Presidenta, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Martínez Torres


*RESOLUCIÓN*


En San Juan, Puerto Rico, a 13 de agosto de 2010.

Examinada la solicitud de reinstalación presentada por el Lcdo. Rosendo De Jesús Ortiz, ha lugar. Se autoriza la reinstalación del licenciado De Jesús Ortiz al ejercicio de la notaría.

Publíquese.

Lo pronunció y manda el Tribunal y lo certifica la Secretaria del Tribunal.


Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo